# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL ENVIRONMENTAL DEVELOPMENT ASSOCIATION'S CLEAN AIR PROJECT, AIR PERMITTING FORUM,<br><br>    *Petitioners*,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>    *Respondent.* | No. 17-1016 (consolidated with No. 17-1017) |

## MOTION OF HONEYWELL INTERNATIONAL, INC. TO WITHDRAW AS INTERVENOR-RESPONDENT

Pursuant to Federal Rule of Appellate Procedure 27, Honeywell International, Inc. ("Honeywell") hereby moves to withdraw as Intervenor-Respondent in this proceeding. This voluntary withdrawal is appropriate because there is no direct claim made against Honeywell in this matter and Honeywell's withdrawal will not materially prejudice the rights of the other parties. Honeywell will bear its own costs.

Dated: July 6, 2020

Respectfully submitted,

/s/ Kevin Poloncarz
Kevin Poloncarz
Donald L. Ristow
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, 54th Floor
San Francisco, CA 94105-2533
(415) 591-7070
kpoloncarz@cov.com

*Counsel for Honeywell International, Inc.*

# CERTIFICATE OF COMPLIANCE

The foregoing motion contains 66 words and complies with the type-volume limit in Fed. R. App. P. 27(d)(2)(A). The document complies with the typeface and typestyle requirements of Fed. R. App. P. 27(d)(1)(E).


Dated: July 6, 2020                    /s/ Kevin Poloncarz
                                       Kevin Poloncarz

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will cause all registered CM/ECF users to be served.


Dated: July 6, 2020 /s/ Kevin Poloncarz
Kevin Poloncarz